

**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: Case No. 01-14-00548-CR

Style: Manuel Alcoser, Jr.
v. The State of Texas





U.S. POSTAGE >> PITNEY BOWES
Friday, May 08, 2015

ZIP 77002 $ 000.34⁰
02 1W
0001372104 MAY 08 2015

Please be advised that on this date the mandate was issued in the above cause. You may obtain a copy of the Court's mandate and all related documents by visiting the Court's website at www.1stcoa.courts.state.tx.us. Pursuant to Texas Government Code, Sec. 51.204(b), all exhibits on file with the court, **if any**, will be destroyed three years from this date. As required by the Texas Government Code, Sec. 51.204(d)(e), we are also notifying the trial court clerk that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets, no earlier than six (6) years from the date of the mandate in **all civil cases**, twenty-five (25) years in criminal cases with a sentence of twenty (20) years or less.

T. C. Case # 2011CR594                    Christopher A. Prine, Clerk of the Court

NIXIE        787    DC 1            0005/20/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699        *2288-00837-09-00

FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002-2066

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES
Friday, May 08, 2015

ZIP 77002 $ 000.34°
02 1W
0001372104 MAY 08 2015

RE: Case No. 01-15-00548-CR

Style: Manuel Alcoser, Jr.
v. The State of Texas

Please be advised that on this date the mandate was issued in the above cause. You may obtain a copy of the Court's mandate and all related documents by visiting the Court's website at www.1stcoa.courts.state.tx.us. Pursuant to Texas Government Code, Sec. 51.204(b), all exhibits on file with the court, if any, will be destroyed three years from this date. As required by the Texas Government Code, Sec. 51.204(d)(e), we are also notifying the trial court clerk that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets, no earlier than six (6) years from the date of the mandate in all civil cases, twenty-five (25) years in criminal cases with a sentence of twenty (20) years or less.

Christopher A. Prine, Clerk of the Cour

T. C. Case # 2011CR594

NIXIE            787      DC 1                0005/20/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002205699                *2288-00837-09-00